## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF SOUTH FLORIDA
### Miami Division

CASE NO. 09-cv-23618-JAL

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARNIK SARKISSYAN and DOES 2-10, individually and jointly, d/b/a FANTASTICREPLICA.COM d/b/a FANTASTIC REPLICA, | ) ) ) ) ) |
| Defendants. | ) ) ) |

## [PROPOSED] PERMANENT INJUNCTION

THIS MATTER having come before the Court upon Plaintiff, Louis Vuitton Malletier, S.A.'s ("Louis Vuitton or "Plaintiff") Amended Motion for Final Default Judgment against Defendant Garnik Sarkissyan ("Sarkissyan"), the Court having granted the Amended Motion does hereby:

ORDER AND ADJUDGE that Sarkissyan and his respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with him are hereby permanently restrained and enjoined from:

(a)    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Louis Vuitton Marks and/or Copyrighted Works;

(b)    using the Louis Vuitton Marks and/or Copyrighted Works in connection with the sale of any unauthorized goods;

(c)    using any logo, and/or layout which may be calculated to falsely advertise the

1

services or products of Sarkissyan, fantasticreplica.com, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Louis Vuitton;

(d)     falsely representing himself as being connected with Louis Vuitton, through sponsorship or association;

(e)     engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Sarkissyan, fantasticreplica.com, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Louis Vuitton;

(f)     using any reproduction, counterfeit, copy, or colorable imitation of the Louis Vuitton Marks and/or Copyrighted Works in connection with the publicity, promotion, sale, or advertising of any goods sold by Sarkissyan, fantasticreplica.com, and/or any other website or business, including, without limitation, handbags, wallets, checkbook holders, cosmetic cases, key chains, and key holders;

(g)     affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods by Sarkissyan, fantasticreplica.com, and/or any other website or business, as being those of Louis Vuitton or in any way endorsed by Louis Vuitton;

(h)     offering such goods in commerce;

(i)     otherwise unfairly competing with Louis Vuitton;

(j)     secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Louis Vuitton Marks and/or Copyrighted Works; and

(k)     effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

FURTHER ORDER AND ADJUDGE: upon Plaintiff's request, Defendant, those acting in concert with him, and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars and domain-name registries that are provided with notice of the injunction, shall hereby cease from facilitating access to any or all websites through which Defendant engages in the sale of counterfeit and infringing goods using the Louis Vuitton Marks and/or Copyrighted Works.

DONE AND ORDERED in Miami, Florida, this 12 day of May, 2010.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE